AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00154 |
| STEPHEN MICHAEL AYRES | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/22/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Date of Birth: XXXXXXX | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of  Columbia , the defendant(s) violated:

Code Section                                   Offense Description

18 USC 1512(c)(2) Obstruction of Justice/Congress
18 USC 1752(a) Unlawful Entry into Restricted Buildings or Grounds
40 USC 5104(e)(2) Violent Entry or Disorderly Conduct on Capitol Grounds

This criminal complaint is based on these facts:

See attached Affidavit.

☒ Continued on the attached sheet.

*Austin Price*

*Complainant's signature*

Austin Price, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 01/22/2021

*Judge's signature*

City and state:  Washington D.C.                    Robin M. Meriweather, Magistrate Judge
*Printed name and title*